# IN THE UNITED STATES DISTRICT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-00176 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SANTOS ALBERT FRANCO MARTINEZ, | ) ) | |
| | ) | |
| Defendant. | ) | |

The Report and Recommendation of Magistrate Judge Ruiz was filed in this case on October 18, 2019 at doc. #15 recommending that the above named defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts the Report and Recommendation of the Magistrate Judge and accepts the defendant's plea of guilty and enters a finding of guilty.

**IT IS SO ORDERED.**

Dated: February 4, 2020     *s/      James S. Gwin*
                                                   JAMES S. GWIN
                                                   UNITED STATES DISTRICT JUDGE